ACCEPTED
14-15-01039-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 5:29:44 PM
CHRISTOPHER PRINE
CLERK

**CAUSE NO. 2015-03230**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/11/2015 2:16:59 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **A+ AUTO CARE, LLC, THOMAS TICKNER** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **HEARST NEWSPAPERS, LLC, D/B/A,** | § | |
| **HEARST MEDIA SERVICES, HOUSTON** | § | |
| **CHRONICLE, JOSH GOLD, ERIC PRAVDA,** | § | |
| **AND TYLER DELLER,** | § | |
| | § | **269TH JUDICIAL DISTRICT** |
| **Defendants.** | § | |

### NOTICE OF ACCELERATED INTERLOCUTORY APPEAL

Defendants Hearst Newspapers, LLC d/b/a Hearst Media Services, Houston Chronicle and Josh Gold, (collectively, "Hearst" or the "Hearst Defendants"), file this Notice of Accelerated Interlocutory Appeal pursuant to Chapter 51.04(a)(12) and Chapter 27.008(b) of the Texas Civil Practice & Remedies Code, and respectfully show the Court as follows:

1.     Defendants Hearst Newspapers, LLC d/b/a Hearst Media Services, Houston Chronicle and Josh Gold, in *A+ Auto Care, LLC, Thomas Tickner v. Hearst Newspapers, LLC, d/b/a Hearst Media Services, Houston Chronicle, Josh Gold, Eric Pravda, and Tyler Deller*, Cause No. 2015-03230 in the 269th Judicial District Court of Harris County, Texas, desire to appeal from the Order signed by the Hon. Dan Hinde on November 17, 2015, denying in part the Hearst Defendants' motion to dismiss pursuant to the Texas Citizens Protection Act, TEX. CIV. PRAC. & REM. CODE ch. 27, along with all rulings subsumed or incorporated therein.

2.     The Order appealed from was signed on November 17, 2015. A copy of the Order is attached hereto as Exhibit A. This Notice of Accelerated Interlocutory Appeal is filed within twenty (20) days of the interlocutory order. *See* TEX. R. APP. P. 26.1(b).

3. Defendants Hearst Newspapers, LLC d/b/a Hearst Media Services, Houston Chronicle and Josh Gold desire to appeal that part of the attached Order denying their motion to dismiss filed under Chapter 27 of the Texas Civil Practice & Remedies Code.

4. The appeal is hereby taken to the First or Fourteenth District Court of Appeals, Houston, Texas.

5. This notice is filed by Defendants **Hearst Newspapers, LLC d/b/a Hearst Media Services, Houston Chronicle** and **Josh Gold.**

6. The appeal of this case is an accelerated appeal.

7. This case is not a parental termination or child protection case, as defined in Rule 28.4.

8. I certify there is no related appeal or original proceeding that has been previously filed in either the First or Fourteenth District Court of Appeals.

9. The Hearst Defendants have or will make arrangements to obtain and pay for the Clerk's Record in this matter. The Hearst Defendants have or will make arrangements to obtain and pay for the Reporter's Record in this matter.

DATED and FILED this 4th day of December, 2015.

Respectfully Submitted,


By:  \_/s/  Jonathan R. Donnellan_____
Jonathan R. Donnellan (State Bar No. 24063660)
Office of General Counsel
The Hearst Corporation
300 West 57th Street
New York, NY 10019
Telephone: 212-841-7000
Facsimile: 212-554-7000
jdonnellan@hearst.com

*Attorney for Defendants Hearst Newspapers, LLC d/b/a Hearst Media Services, Houston Chronicle and Josh Gold*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record on this the 4th day of December, 2015, by the E-File system.

_\_/s/\_ Jonathan R. Donnellan_____
Jonathan R. Donnellan